## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH AYALA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:10-cv-04898 |
| | § | |
| MONARCH RECOVERY MANAGEMENT, INC., | § § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, EDITH AYALA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: January 26, 2011      By:  /s/ Michael S. Agruss
                                                       Michael S. Agruss, Esq.
                                                       CA SBN: 259567
                                                       Attorney for Plaintiff
                                                       Krohn & Moss, Ltd.
                                                       10474 Santa Monica Blvd., Suite 401
                                                       Los Angeles, CA 90025
                                                       Tel: 323-988-2400 x235
                                                       Fax: 866-583-3695
                                                       magruss@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served via electronic mail upon the following:

William Little
William.little@chartisinsurance.com
Attorney for Defendant

January 26, 2011                          By: /s/ Michael S. Agruss
                                                            Michael S. Agruss
                                                            Attorney for Plaintiff