UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH AYALA, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | No. 4:10-cv-04898 |
| MONARCH RECOVERY MANAGEMENT, INC., | | |
| Defendant. | | |

### [PROPOSED] ORDER OF DISMISSAL

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  3-18-11

_____
The Honorable Judge
United States District Judge